**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA M. KNIGHT, | Case No.: CV 12-3355 DSF (PJWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| ASC, AMERICA'S SERVICING COMPANY, QUALITY LOAN SERVICES CORP., | |
| Defendants. | |

The Court ordered that the case be dismissed without leave to amend as to all defendants.  The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered, recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/7/12

_____
Dale S. Fischer
United States District Judge